Mark Riera (Bar No. 118238)
mark.riera@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5704
Telephone:   (213) 623-9300
Facsimile:   (213) 623-9924

Robert F. Kramer (Bar No. 181706)
robert.kramer@dentons.com
Peter Su (Bar No. 226560)
peter.su@dentons.com
Jennifer D. Bennett (Bar No. 235196)
jennifer.bennett@dentons.com
C. Gideon Korrell (Bar No. 284890)
gideon.korrell@dentons.com
DENTONS US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA  94304
Telephone:  (650) 798-0300
Facsimile:  (650) 798-0310

Attorneys for Defendants
HISTOLOGICS, LLC, POPLAR HEALTHCARE, PLLC, and MATTISON PATHOLOGY, LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CDX DIAGNOSTICS, INC. and SHARED MEDICAL RESOURCES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HISTOLOGICS, LLC, POPLAR HEALTHCARE PLLC, MATTISON PATHOLOGY LLP and JOHN DOES 1-30,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | No. CV 13-07909 DOC (RNBx)<br>        SACV 12-0612-DOC(RNBx)<br><br>ORDER PERMITTING AMENDMENT OF ANSWERS AND COUNTERCLAIMS, CONSOLIDATION AND DISMISSAL OF RELATED ACTION, AND PRESERVATION OF CLAIMS FOR ATTORNEYS' FEES, COSTS, AND EXPENSES [99] |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

ORDER

The Court hereby approves the parties' Stipulation presented February 3, 2014, and Orders as follows:

1. Histologics, LLC, Poplar Healthcare, PLLC, and Mattison Pathology, LLP, shall be permitted to amend their answers and counterclaims within fourteen (14) days after service of this Order;

2. The Related Action, Shared Medical Resources, LLC v. Histologics, LLC, et al. (C.D. Cal. No. 8:12-cv-00612 DOC (RNBx)) (the "'612 Action") shall be deemed consolidated in this action, and the '612 Action shall be dismissed. All pleadings, and other papers shall be filed and served only in this action.

3. Histologics, LLC preserves all claims to attorneys' fees, costs, and expenses against plaintiff Shared Medical Resources, LLC arising out of the filing and prosecution of the '612 Action; and

4. The Order to Show Cause re Consolidation shall go off calendar as moot.

IT IS SO ORDERED.

Dated: February 11, 2014

_David O. Carter_
David O. Carter
United States District Judge

81835871.

-1-