Nathaniel L. Dilger (Cal. Bar No. 196203)
Email: ndilger@onellp.com
Joseph K. Liu (Cal. Bar No. 216227)
Email: jliu@onellp.com
**ONE LLP**
4000 MacArthur Blvd
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile:  (949) 258-5081

Peter L. Berger *(Admitted Pro Hac Vice)*
Email: pberger@llbl.com
Jonathan Andrew Berger *(Admitted Pro Hac Vice)*
Email: jberger@llbl.com
Tuvia Rotberg *(Admitted Pro Hac Vice)*
Email: trotberg@llbl.com
**LEVINSOHN BERGER LLP**
11 Broadway, Suite 615
New York, NY 10004
Telephone: (212) 486-7272
Facsimile:  (212) 486-0323

Attorneys for Plaintiffs/Counter-Defendants
CDx Diagnostics, Inc. and
Shared Medical Resources. LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CDX DIAGNOSTICS, INC., and SHARED MEDICAL RESOURCES, LLC,<br><br>    Plaintiffs,<br><br>        v.<br><br>HISTOLOGICS, LLC, POPLAR HEALTHCARE PLLC, MATTISON PATHOLOGY LLP, AND JOHN DOES 1-30,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV13-07909 DOC (RNBx)<br><br>**NOTICE OF SHARED MEDICAL RESOURCES, LLC AND CDX DIAGNOSTICS, INC.'S MOTION TO DISMISS HISTOLOGICS, LLC'S INVALIDITY, INEQUITABLE CONDUCT, UNENFORCEABILITY AND FRAUD AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**<br><br>[MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATIONS OF PETER BERGER, DAN OLSEN, AND MARK RUTENBERG, AND PROPOSED ORDER SUBMITTED CONCURRENTLY HEREWITH]<br><br>Date:        April 21, 2014<br>Time:        8:30 a.m.<br>Courtroom:   9D |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

    **PLEASE TAKE NOTICE** that at 8:30 a.m. on April 21, 2014, or as soon thereafter as the matter may be heard in Courtroom 9D of this Court, located at 411 W. Fourth St., Santa Ana, California, Shared Medical Resources, LLC ("SMR") and CDx Diagnostics, Inc. ("CDx") will and hereby move this Court for an order, pursuant to Federal Rule of Civil Procedure 12 and this Court's inherent powers, dismissing Histologics, LLC's Third Affirmative Defense (Invalidity), Fifteenth Affirmative Defense (Inequitable Conduct and Fraud), Counterclaim Count 2 (Declaratory Judgment of Invalidity of U.S. Patent No. 6,258,044), and Counterclaim Count 3 (Declaratory Judgment of Unenforceability of U.S. Patent No. 6,258,044 ("the '044 patent")).

    SMR and CDx base this motion, brought under Federal Rule of Civil Procedure 12(c), on the grounds that Histologics and those in privity with Histologics are barred, as previous owners and assignors of the '044 patent, by the doctrine of assignor estoppel from claiming the '044 patent is invalid or unenforceable.

    SMR and CDx base this motion upon this notice, the following memorandum of points and authorities, all pleadings, records, and documents on file in this case, and such additional evidence and argument as may be properly introduced.

    Pursuant to Local Rule 7-3, on or about January 23, 2014, counsel for Plaintiffs contacted counsel for Histologics to meet and confer regarding the basis for Plaintiffs' motion. Counsel for Plaintiffs made several further efforts to confer with counsel for Histologics regarding this motion, but was unable to obtain Histologics' agreement to the relief it now seeks.

Dated: March 21, 2014        **ONE LLP**

        By: /s/ Nathaniel Dilger
            Nathaniel L. Dilger, Esq.

1

NOTICE OF MOTION TO DISMISS HISTOLOGICS, LLC'S INVALIDITY, INEQUITABLE CONDUCT, UNENFORCEABILITY AND FRAUD AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

**LEVISOHN BERGER LLP**

By: /s/ Peter Berger
    Peter L. Berger (*Pro Hac Vice*)

*Attorneys for Plaintiffs and Counter-Defendants,*
*CDx Diagnostics, Inc. and*
*Shared Medical Resources, LLC*

2

NOTICE OF MOTION TO DISMISS HISTOLOGICS, LLC'S INVALIDITY, INEQUITABLE CONDUCT, UNENFORCEABILITY AND FRAUD AFFIRMATIVE DEFENSES AND COUNTERCLAIMS