Nathaniel L. Dilger (Cal. Bar No. 196203)
Email: ndilger@onellp.com
Joseph K. Liu (Cal. Bar No. 216227)
Email: jliu@onellp.com
**ONE LLP**
4000 MacArthur Blvd
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile:  (949) 258-5081

Peter L. Berger *(Admitted Pro Hac Vice)*
Email: pberger@llbl.com
Jonathan Andrew Berger *(Admitted Pro Hac Vice)*
Email: jberger@llbl.com
Tuvia Rotberg *(Admitted Pro Hac Vice)*
Email: trotberg@llbl.com
**LEVISOHN BERGER LLP**
11 Broadway, Suite 615
New York, NY 10004
Telephone: (212) 486-7272
Facsimile:  (212) 486-0323

Attorneys for Plaintiffs/Counter-Defendants
CDx Diagnostics, Inc. and
Shared Medical Resources. LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CDX DIAGNOSTICS, INC., and SHARED MEDICAL RESOURCES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HISTOLOGICS, LLC, et al.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. CV13-07909 DOC (RNBx)<br>Hon. David O. Carter<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION TO STAY THIS ACTION PENDING *INTER PARTES* REVIEW OF '044 PATENT**<br><br>**[MEMORANDUM OF POINTS AND AUTHORITIES: DECLARATION OF PETER BERGER, AND PROPOSED ORDER FILED CONCURRENTLY HEREWITH]**<br><br>Date:       December 22, 2014<br>Time:       8:30 a.m.<br>Courtroom:  9D |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 22, 2014 at 8:30 a.m. in Courtroom 9D of the above-captioned Court before the Honorable David O. Carter, Plaintiffs CDx Diagnostics, Inc. and Shared Medical Resources, LLC ("Plaintiffs") will and hereby do move the Court for an order staying this action pending final resolution of an *inter partes* review proceeding ("IPR") filed by a third party and instituted by the Patent Trial and Appeal Board in regards to the U.S. Patent No. 6,258,044 ("the '044 Patent"), the same patent at issue in this lawsuit. Plaintiffs seek a stay on the basis that nearly all of the relevant patent claims of the '044 Patent are subject to the third party IPR.

This motion is based on this Notice, the Memorandum of Points and Authorities and Declaration of Peter L. Berger filed concurrently herewith, and all papers and records already on file with the Court.

Pursuant to Local Rule 7-3, counsel for Plaintiffs (Peter Berger) initiated a meet and confer with counsel for Defendant Histologics, LLC (Mark Riera) regarding the intent to file the instant motion via e-mail on October 28, 2014, and counsel telephonically conferred regarding the same on approximately October 29 or 30. Counsel for the Parties continued to participate in a meaningful discussion of this Motion for the next two weeks, up to and including November 11, 2014.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order staying this action in its entirety pending resolution of pending final resolution of the third-party IPR regarding the '044 Patent.

Dated: November 19, 2014

**ONE LLP**

By: /s/ Nathaniel Dilger
Nathaniel L. Dilger, Esq.
*-and-*

**LEVISOHN BERGER LLP**

By: /s/ Peter Berger
Peter L. Berger (*Pro Hac Vice*)
*Attorneys for Plaintiffs and Counter-Defendants*