1   Nathaniel L. Dilger (Cal. Bar No. 196203)
Email: ndilger@onellp.com
2   Joseph K. Liu (Cal. Bar No. 216227)
Email: jliu@onellp.com
3   **ONE LLP**
4000 MacArthur Blvd
4   East Tower, Suite 500
Newport Beach, CA 92660
5   Telephone: (949) 502-2870
Facsimile:  (949) 258-5081
6
Peter L. Berger *(Admitted Pro Hac Vice)*
7   Email: pberger@llbl.com
Jonathan Andrew Berger *(Admitted Pro Hac Vice)*
8   Email: jberger@llbl.com
Tuvia Rotberg *(Admitted Pro Hac Vice)*
9   Email: trotberg@llbl.com
**LEVISOHN BERGER LLP**
10  11 Broadway, Suite 615
New York, NY 10004
11  Telephone: (212) 486-7272
Facsimile:  (212) 486-0323
12
Attorneys for Plaintiffs/Counter-Defendants
13  CDx Diagnostics, Inc. and
Shared Medical Resources. LLC
14

15                **UNITED STATES DISTRICT COURT**

16                **CENTRAL DISTRICT OF CALIFORNIA**

17

18  CDX DIAGNOSTICS, INC., and          Case No. CV13-07909 DOC (RNBx)
SHARED MEDICAL RESOURCES, LLC,       Hon. David O. Carter
19
                                     **JOINT STIPULATION AND**
20       Plaintiffs,                 **REQUEST FOR COURT TO**
                                     **REFRAIN FROM RULING ON**
21  v.                               **PLAINTIFFS' MOTION TO STAY**
                                     **THIS ACTION PENDING *INTER***
22                                   ***PARTES* REVIEW OF '044 PATENT**
HISTOLOGICS, LLC, et al.,            **UNTIL JANUARY 5, 2015**
23
24       Defendants.

25

26  AND RELATED COUNTERCLAIM

27

28

1     WHEREAS, on November 19, 2014, Plaintiffs and Counter-Defendants CDx

2   Diagnostics, Inc. and Shared Medical Resources, LLC ("Plaintiffs") filed their Motion to

3   Stay Pending Final Resolution of an *Inter Partes* Review Proceeding ("IPR") filed by a

4   third party and instituted by the Patent Trial and Appeal Board in regards to the U.S. Patent

5   No. 6,258,044 ("the '044 Patent"), the same patent at issue in this lawsuit;

6     WHEREAS, on December 4, 2014, Defendant and Counter-Claimant Histologics,

7   LLC ("Defendant") filed its Response in Opposition to said Motion;

8     WHEREAS, on December 8, 2014, Plaintiffs filed their Reply to said Response;

9     WHEREAS, Plaintiffs' motion for a stay was set for hearing on Monday, December

10   22, 2014 at 8:30 a.m. and this Court has now removed it from oral argument;

11     WHEREAS, the Parties are working diligently to settle the matter, are making

12   significant progress in this area, and have reached what the Parties believe is an agreement

13   in principle on most of the critical issues;

14     WHEREAS, the Parties believe that they and the Court will benefit from a

15   postponement of the both the oral argument and a ruling on the motion as the parties

16   attempt to resolve this matter;

17     WHEREFORE, the Parties jointly stipulate and respectfully request that this Court

18   refrain from ruling on the motion to stay for a period of two weeks, to January 5, 2015, or

19   such earlier date as the Parties may advise this Court.

20     If the Parties reach a final resolution in the interim, or fail to do so and terminate

21   negotiations, the Parties will advise this Court.

22

23   Dated:  December 17, 2014          **ONE LLP**

24                           By: /s/ Nathaniel Dilger
                                  Nathaniel L. Dilger, Esq.
25                                *-and-*

26                           **LEVISOHN BERGER LLP**

27                           By: /s/ Peter Berger
                                  Peter L. Berger (*Pro Hac Vice*)
28                                *Attorneys for Plaintiffs and Counter-Defendants*

1

**JOINT STIPULATION AND REQUEST FOR COURT TO REFRAIN FROM RULING ON
PLAINTIFFS' MOTION TO STAY**

1    Dated:  December 17, 2014         **HARNESS, DICKEY & PIERCE, P.L.C.**

2

3                                By: /s/ Steven E. Holtshouser

                                   Steven E. Holtshouser, Esq. *(Pro Hac Vice)*

4                                   *Attorneys for Defendant and Counter-Claimant,*

                                  *Histologics, LLC*

5

6    61402152

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION AND REQUEST FOR COURT TO REFRAIN FROM RULING ON PLAINTIFFS' MOTION TO STAY**