Nathaniel L. Dilger (Cal. Bar No. 196203)
Email: ndilger@onellp.com
Joseph K. Liu (Cal. Bar No. 216227)
Email: jliu@onellp.com
**ONE LLP**
4000 MacArthur Blvd
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile:  (949) 258-5081

Peter L. Berger *(Admitted Pro Hac Vice)*
Email: pberger@llbl.com
Jonathan Andrew Berger *(Admitted Pro Hac Vice)*
Email: jberger@llbl.com
Tuvia Rotberg *(Admitted Pro Hac Vice)*
Email: trotberg@llbl.com
**LEVISOHN BERGER LLP**
11 Broadway, Suite 615
New York, NY 10004
Telephone: (212) 486-7272
Facsimile:  (212) 486-0323

Attorneys for Plaintiffs/Counter-Defendants
CDx Diagnostics, Inc. and
Shared Medical Resources. LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CDX DIAGNOSTICS, INC., and SHARED MEDICAL RESOURCES, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>HISTOLOGICS, LLC, et al.<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. CV13-07909 DOC (RNBx)<br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST FOR COURT TO REFRAIN FROM RULING ON PLAINTIFFS' MOTION TO STAY THIS ACTION PENDING *INTER PARTES* REVIEW OF '044 PATENT UNTIL JANUARY 5, 2015 [165] |

[PROPOSED] ORDER

1   The Court, having considered the Parties' Joint Stipulation and Request for the Court
2   to Refrain from Ruling on Plaintiffs' Motion to Stay this Action Pending *Inter Partes*
3   Review instituted by a third-party regarding the '044 Patent, and upon finding good cause
4   is shown, HEREBY ORDERS AS FOLLOWS:

   The Parties' Stipulation is granted, and the Court will refrain from ruling on
Plaintiffs' Motion until January 5, 2015.

Dated:   December 22, 2014

*David O. Carter*
Hon. David O. Carter
United States District Judge

---

1
[PROPOSED] ORDER
XXXXXXX